UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Donnie Ray Davis, | ) |
|       Petitioner, | ) |
| v. | ) Civil Action No. 06-2138 |
| Steven A. Smith, | ) |
|       Respondent. | ) |

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE**

Pursuant to 28 U.S.C. § 2243, it is this 22nd day of December 2006,

ORDERED that respondent, by counsel, shall, within twenty (20) days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the respondent, the petitioner's warden, and the Attorney General for the District of Columbia.

                                            /s/
                                        GLADYS KESSLER
                                        U.S. District Judge