UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Donnie Ray Davis,** | ) |
| **Petitioner,** | ) |
| v. | ) Civil Action No. 06-2138 |
| **Steven A. Smith,** | ) |
| **Respondent.** | ) |

## ORDER

By Order of February 27, 2007, Petitioner was advised pursuant to <u>Fox v. Strickland</u>, 837 F.2d 507 (D.C. Cir. 1988) to respond to Respondent's opposition to his <u>habeas corpus</u> petition by March 30, 2007. Petitioner was warned that his failure to respond by the deadline could result in the summary denial of the petition and dismissal of the case. Petitioner has neither responded to the opposition nor sought additional time to respond. Accordingly, it is

**ORDERED** that the Order to Show Cause [Dkt. No. 3] is **discharged**; it is

**FURTHER ORDERED** that the petition for a writ of <u>habeas corpus</u> [Dkt. No. # 1] is **denied** for the reasons Respondent has asserted; and it is

**FURTHER ORDERED** that this case is **dismissed**. This is a final appealable Order.

April 30, 2007

/s/
GLADYS KESSLER
United States District Judge